I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petr
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-15-13

DEPUTY CLERK

JS-6
Entered

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHARD BOOS,

        Petitioner,

vs.

RON BARNES, Warden,

        Respondent.

Case No. CV 12-9065-MWF (RNB)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 12, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE